1  DAVID C. ANDERSON, ESQ., State Bar # 83146
   LAW OFFICE OF DAVID C. ANDERSON
2  50 Francisco Street, Suite 450
   San Francisco, CA 94133
3  Telephone: (415) 395-9898
   Facsimile:  (415) 395-9839
4
   Attorneys for Plaintiff
5  OLGA F. CHER

6
   TROY B. OVERTON, ESQ.
7  DEPUTY ATTORNEY GENERAL
   455 Golden Gate Avenue, Suite 11000
8  San Francisco, CA 94102-7004
   Telephone: 415 703-5516
9  Facsimile: 703-5480

10 Attorneys for Defendants
   STATE OF CALIFORNIA , acting
11 by and through the CALIFORNIA
   DEPARTMENT OF PARKS AND RECREATION;
12 OFFICER E. RHEE-PIZANO

13

14            **IN THE UNITED STATES DISTRICT COURT**

15          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16

17                      **SAN JOSE DIVISION**

18 OLGA F. CHER,                    )   No. C10-00088-JW

19          Plaintiff,              )
                                    )
20      vs.                         )   STIPULATION AND ORDER RE
                                    )   VOLUNTARY DISMISSAL, WITH
21                                  )   PREJUDICE, OF THE FIRST AND
                                    )   SECOND CAUSES OF ACTION
22 STATE OF CALIFORNIA; CALIFORNIA  )   (VIOLATION OF 42 USC 1983) AND FOR
   DEPARTMENT OF PARKS AND          )   REMAND TO STATE COURT
23 RECREATION; OFFICER E. RHEE-     )
   PIZANO; and DOES 1 through 20,   )
24 inclusive,                       )   DATE FILED: NOVEMBER 5, 2009
                                    )
25          Defendants.             )
   _____ )

26

27

28

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND
CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT

On November 5, 2009, Plaintiff OLGA F. CHER filed this action in the Santa Cruz County Superior Court, Civil Action No. CV165717 (hereinafter "State Lawsuit"). The First and Second Causes of Action in the State Lawsuit were for violations of 42 USC 1983.

Subsequent to being served with the State Lawsuit, Defendants STATE OF CALIFORNIA , acting by and through the CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; OFFICER E. RHEE-PIZANO removed the State Lawsuit to Federal Court on the grounds that this Court had federal question jurisdiction over the action because Plaintiff asserted a claim under Federal Law by the First and Second Causes of Action.

Plaintiff hereby agrees to voluntarily dismiss the First and Second Causes of Action (violation of 42 USC 1983) in the Complaint, with prejudice. Each side to bear their own costs to achieve said dismissal.

Upon dismissal of the First and Second Causes of Action (violation of 42 USC 1983) there are no longer Federal claims asserted and, accordingly, the matter may be remanded back to the Santa Cruz County Superior Court.

The parties, by and through their counsel, further agree that the discovery in progress will remain on track. Further, the parties have and/or are planning to exchange information pursuant to FRCP Rule 26.

IT IS SO STIPULATED.

Dated: February 17, 2010          LAW OFFICE OF DAVID C. ANDERSON

By:_____/s/___David C. Anderson_____
        DAVID C. ANDERSON
        Attorneys for Plaintiff

Dated: February 12, 2010       DEPUTY ATTORNEY GENERAL

By:    /s/    Troy B. Overton

       TROY B. OVERTON

       Attorneys for Defendants

## (Proposed) ORDER

The Court, having duly considered the foregoing stipulation of the parties, hereby grants Plaintiff's request to voluntarily dismiss the First and Second Causes of Action (violation of 42 USC 1983), with prejudice. The First and Second Causes of Action are hereby dismissed with prejudice, each side to bear their own respective fees and costs.

Based on the dismissal of the Federal claim, this Court exercises its discretion to remand this matter. Therefore, this matter is hereby remanded to the Superior Court of the State of California, County of Santa Cruz.

IT IS SO ORDERED.     The Clerk shall close this file.

Dated:    February 19,    , 2010

JAMES WARE
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT

**PROOF OF SERVICE BY MAIL**
**(Code Civ. Proc., §§ 1013, 2015.5**
**Cal. Rules of Court, rule 2008(e))**

I, the undersigned, declare as follows:

I am over 18 years of age and not a party to the within action; my business address is 50 Francisco Street, Suite 450, San Francisco, CA 94133, I am employed in San Francisco County, California.

I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On the below date, I served a copy of the following document(s):

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT

on the interested parties in the above-referenced case by following ordinary business practices and placing for collection and mailing a true copy of the above-referenced document(s), enclosed in sealed envelope(s); in the ordinary course of business, the above document(s) would have been deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid,

The foregoing was/were addressed as follows:

Troy B. Overton, Esq.

Deputy Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, CA 94102-7004

703-5516

703-5480 fax

Atty for All Defs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 17, 2010.

/s/ Cynthia Sparks
CYNTHIA SPARKS

C:\Data\Cher - 214\stip remand.wpd

4

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT