DAVID C. ANDERSON, ESQ., State Bar # 83146
LAW OFFICE OF DAVID C. ANDERSON
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile:  (415) 395-9839

Attorneys for Plaintiff
OLGA F. CHER


TROY B. OVERTON, ESQ.
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: 415 703-5516
Facsimile: 703-5480

Attorneys for Defendants
STATE OF CALIFORNIA , acting
by and through the CALIFORNIA
DEPARTMENT OF PARKS AND RECREATION;
OFFICER E. RHEE-PIZANO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OLGA F. CHER,<br><br>   Plaintiff,<br><br> vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; OFFICER E. RHEE-PIZANO; and DOES 1 through 20, inclusive,<br><br>   Defendants. | No. C10-00088-JW<br><br>STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT<br><br>DATE FILED: NOVEMBER 5, 2009 |

C:\Data\Cher - 214\stip remand.wpd   1

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT

## STIPULATION

On November 5, 2009, Plaintiff OLGA F. CHER filed this action in the Santa Cruz County Superior Court, Civil Action No. CV165717 (hereinafter "State Lawsuit"). The First and Second Causes of Action in the State Lawsuit were for violations of 42 USC 1983.

Subsequent to being served with the State Lawsuit, Defendants STATE OF CALIFORNIA , acting by and through the CALIFORNIA DEPARTMENT OF PARKS AND RECREATION; OFFICER E. RHEE-PIZANO removed the State Lawsuit to Federal Court on the grounds that this Court had federal question jurisdiction over the action because Plaintiff asserted a claim under Federal Law by the First and Second Causes of Action.

Plaintiff hereby agrees to voluntarily dismiss the First and Second Causes of Action (violation of 42 USC 1983) in the Complaint, with prejudice. Each side to bear their own costs to achieve said dismissal.

Upon dismissal of the First and Second Causes of Action (violation of 42 USC 1983) there are no longer Federal claims asserted and, accordingly, the matter may be remanded back to the Santa Cruz County Superior Court.

The parties, by and through their counsel, further agree that the discovery in progress will remain on track. Further, the parties have and/or are planning to exchange information pursuant to FRCP Rule 26.

IT IS SO STIPULATED.


Dated: February 17, 2010        LAW OFFICE OF DAVID C. ANDERSON



                                By:    /s/   David C. Anderson
                                    DAVID C. ANDERSON
                                    Attorneys for Plaintiff

Dated: February 12, 2010          DEPUTY ATTORNEY GENERAL


By:  /s/   Troy B. Overton
      TROY B. OVERTON
      Attorneys for Defendants


**(Proposed) ORDER**

The Court, having duly considered the foregoing stipulation of the parties, hereby grants Plaintiff's request to voluntarily dismiss the First and Second Causes of Action (violation of 42 USC 1983), with prejudice.  The First and Second Causes of Action are hereby dismissed with prejudice, each side to bear their own respective fees and costs.

Based on the dismissal of the Federal claim, this Court exercises its discretion to remand this matter.  Therefore, this matter is hereby remanded to the Superior Court of the State of California, County of Santa Cruz.


IT IS SO ORDERED.   The Clerk shall close this file.


Dated:  February 19, , 2010                    /s/ James Ware
                                                JAMES WARE
                                                U.S. DISTRICT COURT JUDGE

C:\Data\Cher - 214\stip remand.wpd                 3

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT

**CHER v. STATE OF CALIFORNIA, et al.**
**U.S. DISTRICT COURT NO. C10-00088 HRL**

## PROOF OF SERVICE BY MAIL
**(Code Civ. Proc., §§ 1013, 2015.5**
**Cal. Rules of Court, rule 2008(e))**

I, the undersigned, declare as follows:

I am over 18 years of age and not a party to the within action; my business address is 50 Francisco Street, Suite 450, San Francisco, CA 94133, I am employed in San Francisco County, California.

I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On the below date, I served a copy of the following document(s):

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT

on the interested parties in the above-referenced case by following ordinary business practices and placing for collection and mailing a true copy of the above-referenced document(s), enclosed in sealed envelope(s); in the ordinary course of business, the above document(s) would have been deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid,

The foregoing was/were addressed as follows:

Troy B. Overton, Esq.
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
703-5516
703-5480 fax
Atty for All Defs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 17, 2010.

                                          /s/ Cynthia Sparks
                                          CYNTHIA SPARKS

C:\Data\Cher - 214\stip remand.wpd                4

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL, WITH PREJUDICE, OF THE FIRST AND SECOND CAUSES OF ACTION (VIOLATION OF 42 USC 1983) AND FOR REMAND TO STATE COURT